NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. R. G.

June 10, 1981.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. B. G.

June 10, 1981.

Petition for certification denied.

DAVID S. GREENBERG v. COLT INDUSTRIES, INC.

June 10, 1981.

Petition for certification denied.

LOUIS R. DANIELLO v. JOSEPH P. OLIVETI.

June 10, 1981.

Petition for certification denied.